UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSE RIERA, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>　　　　　　　Defendant. | NO: 2:19-CV-0324-TOR<br><br>ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal with Prejudice (ECF No. 31). The stipulation was submitted for consideration without oral argument. The Court, having reviewed the file and the records therein, is fully informed.

The parties' stipulation provides that all claims between the parties, including all claims against The Self Help Services Corporation Long Term Disability Plan and The Prudential Insurance Company of America, have been resolved and that this action should be dismissed in its entirety with prejudice, and

ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE ~ 1

with each party bearing its own costs, expenses, and attorney fees pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without an award of costs, expenses, or attorney fees to any party.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

DATED January 13, 2021.



THOMAS O. RICE
United States District Judge